IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DAVONNA ANDERSON, <br><br> Plaintiff, <br> v. <br><br> IC SYSTEM, INC., <br><br> Defendant. | Civil Action No. 1:15-cv-02316-JFM |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 13, 2015

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2015, a true and correct copy of the foregoing pleading was served via ECF to the below:

Patrick K. Burns, Esq.
Gordon & Rees LLP
1300 I Street, N.W., Suite 825
Washington, D.C. 20005

Dated: <u>December 13, 2015</u>　　　　　　　BY: <u>*/s/ Amy L. Bennecoff*</u>
　　　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff, Esquire
　　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　　　Email: abennecoff@creditlaw.com
　　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff